■ In the Matter of JAMES BUCKLEY, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [739 NYS2d 310] —CPLR article 78 proceeding transferred to this Court by order of Supreme Court, Wyoming County (Dadd, J.), entered October 16, 2001, seeking to annul a determination of respondent after a Tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.